IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY LETTER. | ) ) ) ) ) ) ) ) ) | Misc. No. 1:12-mc- 7<br>AJT / IDD |

### [Proposed] ORDER

Having considered the Motion to Set Briefing Schedule and the entire record in this case, it is hereby

**ORDERED** that the Motion to Set Briefing Schedule is **GRANTED**; and it is

**FURTHER ORDERED** that the Attorney General shall file his initial memorandum of law in support of the Petition for Judicial Review and Enforcement of a National Security Letter Nondisclosure Requirement Pursuant to 18 U.S.C. § 3511 on or before March 30, 2012; and it is

**FURTHER ORDERED** that respondent may file an initial memorandum addressing the merits of the Petition on or before March 30, 2012; and it is

**FURTHER ORDERED** that rebuttal memoranda, if any, may be filed on or before April 13, 2012.

Dated:

UNITED STATES DISTRICT JUDGE