UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE NATIONAL SECURITY LETTER ) ) ) ) ) ) ) ) ) ) | Case Number 1:12-mc-0007 (AJT/IDD) |

## ORDER

Upon consideration of the Government's Motion to Seal [Doc. No. 3], it is hereby

ORDERED that the Motion to Seal [Doc. No. 3] be, and the same hereby is, GRANTED; and it is further

ORDERED that the Petition for Judicial Review and Enforcement of a National Security Letter Nondisclosure Requirement Pursuant to 18 U.S.C. § 3511 filed in this case, the Certificate of Service to the Motion to Seal, the Certificate of Service to the Motion to Set Briefing Schedule, and all future filings in this proceeding (the "documents"), shall be placed under seal because: (i) the documents identify information which, if publicly disclosed, may result in a danger to the national security of the United States, interference with a criminal, counterterrorism, or counterintelligence investigation, interference with diplomatic relations, or danger to the life or physical safety of any person; (ii) there is no less drastic alternative to placing the documents under seal that will prevent disclosure of such information; and (iii) such documents are properly sealed pursuant to 18 U.S.C. § 3511(d); and it is further

ORDERED that the documents and all other filings shall otherwise remain under the seal provisions currently in effect until further Order of this Court when, upon Order of the Court,

they may be unsealed in whole or in part to the extent consistent with national security and law pursuant to 18 U.S.C. §§ 2709, 3511(d)

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 13, 2012