# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| | ) | |
| IN RE NATIONAL SECURITY LETTER | ) | Case No. 1:12-mc-0007 (AJT/IDD) |
| | ) | |
| _____ | ) | |

NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Assistant United States Attorney R. Joseph Sher

as counsel for the Defendants.

Dated: March 26, 2012

RESPECTFULLY SUBMITTED,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

BY:     _____/s/_____

R. JOSEPH SHER
ASSISTANT U.S. ATTORNEY
2100 JAMIESON AVENUE
ALEXANDRIA, VIRGINIA 22314
TELEPHONE: (703) 299-3891
FAX:     (703) 299-3983
E-MAIL: JOE.SHER@USDOJ.GOV
ATTORNEYS FOR THE UNITED STATES

Certificate of Service

I certify that I electronically filed the foregoing with the Clerk of Court using the

CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

Dated: March 26, 2012

                                            /S/

                            R. JOSEPH SHER
                            ASSISTANT UNITED STATES ATTORNEY
                            OFFICE OF THE UNITED STATES ATTORNEY
                            JUSTIN W. WILLIAMS UNITED STATES ATTORNEYS'
                            BUILDING
                            2100 JAMIESON AVE.,
                            ALEXANDRIA, VA. 22314
                            TELEPHONE:  (703) 299-3747
                            FAX:       (703) 299-3983
                            E-MAIL    JOE.SHER@USDOJ.GOV