**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| IN RE NATIONAL SECURITY LETTER. | ) ) ) ) ) ) ) ) ) | Case No. 1:12-mc-0007 (AJT/IDD) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on March 27, 2012, pursuant to 18 U.S.C. § 3511, petitioner, the Attorney General of the United States of America, delivered to the Classified Information Security Officer a classified declaration for submission to the Court *ex parte* and *in camera*.

Dated: March 29, 2012

    Respectfully submitted,

    STUART F. DELERY
    Acting Assistant Attorney General

    NEIL H. MacBRIDE
    United States Attorney

    ARTHUR R. GOLDBERG
    STEVEN Y. BRESSLER
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    Post Office Box 883
    Ben Franklin Station
    Washington, DC  20044
    Tel:  (202) 305-0167
    Fax:  (202) 616-8470
    Steven.Bressler@usdoj.gov

    By:

                                                  /s/
R. JOSEPH SHER
KEVIN MIKOLASHEK
Assistant U.S. Attorneys
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3891
Fax: (703) 299-3983
Joe.Sher@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

Dated: March 29, 2012

                                      /s/
                             R. Joseph Sher
                             Assistant U.S. Attorney
                             2100 Jamieson Ave.
                             Alexandria, VA 22314
                             Tel:  (703) 299-3891
                             Fax:  (703) 299-3983
                             Joe.Sher@usdoj.gov