UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE NATIONAL SECURITY LETTER | ) ) ) ) | Case No. 1:12-mc-0007 (AJT/IDD) |

Notice of Submission Without Hearing

Pursuant to Local Civil Rule 7(E), in light of the fact that interested parties have been notified of the matter, and have not chosen to appear, the Attorney General submits his Petition For Judicial Review and Enforcement of a National Security Letter pursuant to 18 U.S.C. § 3511 for decision without an oral hearing. If the Court determines a hearing would be helpful, of course, the government stands ready to appear and present oral argument at the Court's convenience.

Dated: April 17, 2012

Respectfully submitted,

| | |
|---|---|
| STUART F. DELERY | NEIL H. MACBRIDE |
| Acting Assistant Attorney General | United States Attorney |
| | |
| ARTHUR R. GOLDBERG | |
| Assistant Director, Federal Programs Branch | By:      /s/ |
| STEVEN Y. BRESSLER D.C. Bar #482492 | R. JOSEPH SHER |
| Senior Counsel | KEVIN MIKOLASHEK |
| U.S. Department of Justice | Assistant United States Attorneys |
| Civil Division, Federal Programs Branch | 2100 Jamieson Avenue |
| P.O. Box 883 | Alexandria, VA 22315 |
| Washington, D.C. 20044 | Telephone:    (703) 299-3700 |
| Telephone:    (202) 305-0167 | Facsimile:    (703) 299-3983 |
| Facsimile:    (202) 616-8470 | Kevin.Mikolashek@usdoj.gov |
| Steven.Bressler@usdoj.gov | |

Certificate of Service

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

Dated: April 17, 2012

                                  /s/
                        R. Joseph Sher
                        Assistant United States Attorney
                        Office of the United States Attorney
                        Justin W. Williams United States attorneys' Building
                        2100 Jamieson Ave.,
                        Alexandria, VA. 22314
                        Telephone:    (703) 299-3747
                        Fax:    (703) 299-3983
                        E-Mail        joe.sher@usdoj.gov