IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE NATIONAL SECURITY LETTER.   )
                                  )
                                  )   Case No. 1:12-mc-0007 (AJT/IDD)
                                  )
                                  )
                                  )
                                  )
                                  )
                                  )

### ORDER GRANTING MOTION TO PARTIALLY UNSEAL

Upon consideration of the petitioner's Motion to Partially Unseal Documents and the entire record before the Court, it is **HEREBY ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that the Clerk is directed to file on the public docket the redacted versions of the government's Memorandum of Law in Support of Petition for Judicial Review and Enforcement of a National Security Letter Pursuant to 18 U.S.C. § 3511 and this Court's Order dated April 24, 2012 that were filed as attachments to petitioner's Motion to Partially Unseal. It is **FURTHER ORDERED** that the petitioner's Motion to Partially Unseal is, itself, unsealed. And it is **FURTHER ORDERED** that all other documents currently under seal in this action shall remain under seal, including but not limited to the original, unredacted versions of the Memorandum of Law in Support of Petition for Judicial Review and Enforcement of a National Security Letter Pursuant to 18 U.S.C. § 3511 and the Court's Order dated April 24, 2012 granting the Petition.

/s/ 7/23/12
Anthony J. Trenga
ANTHONY J. TRENGA
United States District Judge