UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE NATIONAL SECURITY LETTER ) ) ) ) ) ) ) | Case Number 1:12-mc-0007 (AJT/IDD) <br><br> ~~UNDER SEAL~~ Redacted |

### ORDER

Upon consideration of the Attorney General's Petition for Judicial Review and Enforcement of a National Security Letter Pursuant to 18 U.S.C. § 3511 [Doc. No. 1], and the government's memorandum and exhibits in support thereof, the Court finds: (1) the National Security Letter ("NSL") dated ▒▒▒▒ 2012, and issued to ▒▒▒▒ ("Respondent" or ▒▒▒▒) was properly issued in accordance with law, including 18 U.S.C. § 2709; and (2) disclosure of the fact of the NSL, including the fact of its receipt by ▒▒▒▒ or disclosure of the contents of the NSL, including the contents of the attachment thereto, may result in a danger to the national security of the United States, interference with a criminal, counterterrorism, or counterintelligence investigation, interference with diplomatic relations, or danger to the life or physical safety of a person. Wherefore, it is hereby

ORDERED that Respondent is bound by the nondisclosure provisions of 18 U.S.C. § 2709 and the NSL, including the requirement that Respondent not disclose the fact that it received the NSL or contents of the NSL, including the attachment thereto, to any person (other than those to whom such disclosure is necessary to comply with the request or an attorney to obtain legal advice or legal assistance with respect to the request); and it is further

ORDERED that Respondent shall not disclose to any person (other than those to whom such disclosure is necessary to comply with the request or an attorney to obtain legal advice or legal assistance with respect to the request) that the Federal Bureau of Investigation has sought or obtained access to information or records from Respondent under 18 U.S.C. § 2709; and it is further

ORDERED that any failure to obey this Order may be punished by the Court as contempt thereof.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 24, 2012

2